McCALEB, J., is of the opinion that a writ should be granted. Although the Department of Highways does not complain in its application here that the method used by the Court of Appeal in determining severance damages is incorrect, a writ should nevertheless issue as the method employed by the court is contrary to the established jurisprudence of this Court and, consequently, should be noticed, ex proprio motu.

164 So.2d 356

Bruce R. PERRY

v.

Richard E. BROWN, Jr., Administrator Division of Employment Security, et al.

No. 47278.

May 27, 1964.

In re: Bruce R. Perry applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 162 So.2d 444.

Writ denied. The judgment of the Court of Appeal is correct.